■ In the Matter of PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, Respondent, v CELMIRA CARDONA, Ap-

pellant, et al., Respondent.—Appeal by Celmira Cardona from an order of the Supreme Court, Nassau County (Goldstein, J.), dated May 11, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Goldstein at the Supreme Court. Lawrence, J. P., Kunzeman, Kooper and Sullivan, JJ., concur.